DISTRICT COURT OF THE UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

United States of America

         -against-                                  NOTICE OF APPEARANCE

**PAULINO-NOLASCO**                      21 Mj. 2851 (UA)

                              Defendant.

-------------------------------------------------------------------X

To: District Court Clerk

PLEASE TAKE NOTICE THAT **JEFF CHABROWE, ESQ.** has been retained by, and appears for defendant **Ironellys Paulino-Nolasco** in the above captioned matter and in connection with the charges pending against him in the Southern District of New York.

Dated:       March 21, 2021
                New York, New York

                                                  *Jeffrey A. Chabrowe, Esq.*
                                                  _____
                                                  Jeff Chabrowe, Esq.
                                                  261 Madison Avenue, 12th Floor
                                                  New York, New York 10016
                                                  Jeff@Chabrowe.com
                                                  Cell. 917.529.3921