UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                             No. 21 Cr. 246-02 (RA)

                                                ORDER
PAULINO-NOLASCO,

                        Defendant.

-----------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

      On October 6, 2022, this Court imposed a sentence of time served on Ironellys Paulino-Nolasco (U.S.M # 34577-509). It is hereby ORDERED that Defendant should be released from the custody of the United States Marshals Service subject to any warrants and detainers.

SO ORDERED.

Dated:     October 6, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge